DISMISS; Opinion filed November 14, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-12-00970-CV

**ROBERT BODY, III, Appellant**

V.

**ONEWEST BANK, FSB, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-15051**

# MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion By Justice Bridges

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution. By letter dated October 12, 2012, the Court informed appellant that his $175 filing fee was past due. We instructed appellant to pay the required filing fee within ten days. The Court cautioned appellant that failure to pay the fee within ten days would result in dismissal of his appeal without further notice.

As of today's date, appellant has not paid the filing fee. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(b) & (c).

DAVID L. BRIDGES
JUSTICE

120970F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT BODY, III, Appellant

No. 05-12-00970-CV      V.

ONEWEST BANK, FSB, Appellee

Appeal from the 134th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-09-15051).
Opinion delivered by Justice Bridges, Justices O'Neill and Murphy, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, OneWest Bank, FSB, recover its costs of the appeal from appellant, Robert Body, III.

Judgment entered November 14, 2012.


_____
DAVID L. BRIDGES
JUSTICE